IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

EDDIE TARDY, INDIVIDUALLY
AND AS ADMINISTRATOR OF THE
ESTATE OF LAEDDIE COLEMAN

  Plaintiff,

vs.                                             No. 1:23-cv-01202-STA-jay

CORECIVIC OF TENNESSEE,
et al.,

  Defendants.

## ORDER

      Before the Court is the parties' Joint Motion to Continue Hearing on Defendants' Emergency Motion to Set Aside Court Order and for Entry of Protective Order. (D.E. 127.) Having shown good cause, the parties' Joint Motion to Continue is GRANTED. The hearing on Defendants' Emergency Motion to Set Aside Court Order and for Entry of Protective Order is reset for June 27, 2024, at 1:30 p.m.

      It is so **ORDERED** this the 14th day of May, 2024.

                                              **s/Jon A. York**
                                              UNITED STATES MAGISTRATE JUDGE