IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| EDDIE TARDY, individually and as Administrator of the Estate of LAEDDIE COLEMAN,<br><br>   *Plaintiff*,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC, *et al.*,<br><br>   *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:23-cv-01202<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Eddie Tardy, individually and as Administrator of the Estate of LaEddie Coleman, voluntarily dismisses all of his claims against all Defendants with prejudice.

This voluntary dismissal is with prejudice, and each party shall bear their own costs, fees, and expenses.

            Respectfully submitted,

            /s/Daniel A. Horwitz (w/permission)
            Daniel A. Horwitz (#32176)
            daniel@horwitz.law
            Lindsay E. Smith (#35937)
            lindsay@horwitz.law
            Horwitz Law, PLLC
            4016 Westlawn Drive
            Nashville, Tennessee 37209
            (615) 739-2888
            *Counsel for Plaintiff Eddie Tardy, individually and as Administrator of the Estate of, LaEddie Coleman*

        s/Nathan D. Tilly
        Nathan D. Tilly (#31318)
        162 Murray Guard Drive, Suite B
        Jackson, Tennessee 38305
        (731) 668-5995
        *Counsel for Defendants CoreCivic of Tennessee, LLC, Vincent Vantell, Chance Leeds, Carlisla Byars, and Keith Huggins*
        ntilly@pgtfirm.com

By: s/J. Paul Brewer (w/permission)
        J. Paul Brewer, 025289
        Post Office Box 2949
        120 Brentwood Commons Way, Suite 625
        Brentwood, Tennessee 37024
        Phone: (615) 499-7279
        Facsimile: (615) 523-1496
        Email: paul.brewer@mgclaw.com
        *Attorney for Hardeman County, Tennessee*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via US District Court ECF system upon:

    Daniel A. Horwitz
    Melissa K. Dix
    Horwitz Law, PLLC
    4016 Westlawn Drive
    Nashville, TN  37209

    J. Paul Brewer
    Post Office Box 2949
    120 Brentwood Commons Way, Suite 625
    Brentwood, Tennessee 37024

    John R. Glover
    P.O. Box 20207
    Nashville, Tennessee 37202-0207

on or before the filing date thereof.

    DATE:  This the 15th day of May, 2024.

                                                   By:    s/Nathan D. Tilly
                                                                  Nathan D. Tilly