UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

EDDIE TARDY, individually and as
Administrator of the Estate of
LAEDDIE COLEMAN,

                                                               JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.                                                   NO. 1:23-cv-1202-STA-jay

CORECIVIC OF TENNESSEE, LLC,
ET AL

    Defendant,

---

IT IS ORDERED AND ADJUDGED that in accordance with the STIPULATION OF DISMISSAL WITH PREJUDICE entered on May 15, 2024, this cause is hereby DISMISSED with prejudice.

                                                   APPROVED:

                                                   s/ S. THOMAS ANDERSON
                                                   UNITED STATES DISTRICT JUDGE

                                                   DATE: May 16, 2024

WENDY R. OLIVER
Clerk of Court

                                                   s/Blair Moore
                                                   (By)    Deputy Clerk